**Fill in this information to identify the case:**

Debtor 1: Norma  J.  Sipe
  First Name  Middle Name  Last Name

Debtor 2: Charles  C.  Sipe
(Spouse, if filing)  First Name  Middle Name  Last Name

United States Bankruptcy Court for the Western District of Virginia

Case number: 17-60022
(If known)

# Order on the Application to Have the Chapter 7 Filing Fee Waived

After considering the debtor's *Application to Have the Chapter 7 Filing Fee Waived* (Official Form B 3B), the court orders that the application is:

[ ] **Granted.** However, the court may order the debtor to pay the fee in the future if developments in administering the bankruptcy case show that the waiver was unwarranted.

[XX] **Denied**. The debtor must pay the filing fee according to the following terms:

|  | **You must pay…** | **On or before this date…** |
|---|---|---|
|  | $ 335.00 | March, 7 2017 |
|  |  | Month / day / year |
|  | $ | |
|  |  | Month / day / year |
|  | $ | |
|  |  | Month / day / year |
| + | $ | |
| **Total** | $335.00 | Month / day / year |

If the debtor would like to propose a different payment timetable, the debtor must file a motion promptly with a payment proposal. The debtor may use *Application for Individuals to Pay the Filing Fee in Installments* (Official Form B 3A) for this purpose. The court will consider it.

The debtor must pay the entire filing fee before making any more payments or transferring any more property to an attorney, bankruptcy petition preparer, or anyone else in connection with the bankruptcy case. The debtor must also pay the entire filing fee to receive a discharge. If the debtor does not make any payment when it is due, the bankruptcy case may be dismissed and the debtor's rights in future bankruptcy cases may be affected.

[ ] **Scheduled for hearing.**

A hearing to consider the debtor's application will be held on _____ at _____
  Month / day / year

at _____
  Address of courthouse

If the debtor does not appear at this hearing, the court may deny the application.

By the court: *Rebecca B Connelly*

02/21/17
Month / day / year

PrintForm

```
                         United States Bankruptcy Court
                           Western District of Virginia
```

In re:                                                      Case No. 17-60022-rbc
Norma J. Sipe                                               Chapter 7
Charles C. Sipe
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0423-6          User: roseg              Page 1 of 1              Date Rcvd: Feb 21, 2017
                              Form ID: pdf003          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2017.
db/jdb         +Norma J. Sipe,    Charles C. Sipe,   1265 Pounding Creek Rd.,   Charlottesville, VA 22903-7520

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2017 at the address(es) listed below:
              USTrustee    USTPRegion04.RN.ECF@usdoj.gov
              W Stephen Scott(80)    wsscott7trustee@earthlink.net,    VA01@ecfcbis.com
                                                                                                        TOTAL: 2